IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02783–CMA–KMT

PAMELA ARMSTEAD,

    Plaintiff,

v.

KIM DAY,
DONALD WOOD,
DENVER DEPARTMENT OF AVIATION,
CITY AND COUNTY OF DENVER, and
ONE OR MORE JOHN DOES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 26, filed June 25, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's "Amended Complaint" (Doc. No. 26-1).

Dated: June 30, 2011