IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02783–CMA–KMT

PAMELA ARMSTEAD,

    Plaintiff,

v.

KIM DAY, in her official capacity as Denver's Manager of Aviation,
DONALD WOOD, in his official capacity as Denver's Capital Improvement Program Manager and in his individual capacity, and
CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to File [ ] Second Amended Complaint" (Doc. No. 38, filed August 22, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's "Amended Complaint" (Doc. No. 38-2).

Dated: September 1, 2011